UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STUMPF DEVELOPMENT CORP., )<br>d/b/a STUMPF HOMES, et al., )<br>)<br>Defendants. ) | Case number 4:08cv1453 TCM |

## ORDER

This insurance dispute is before the Court on the parties' joint motion to stay proceedings until the Missouri Court of Appeals has rendered its opinion in a related state-court action. It is the claims in that action that gave rise to the instant dispute. The parties agree that if the state trial court's judgment in the underlying action is affirmed on appeal, this case will be moot. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Proceedings is **GRANTED**. [Doc. 13]

**IT IS FURTHER ORDERED** that the Rule 16 scheduling conference set for March 24, 2009, is cancelled and will later be reset.

**IT IS FINALLY ORDERED** that the parties are to file a joint status report on the progress of the state appellate court proceedings every ninety (90) days, beginning August 1, 2009.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of March, 2009.